IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON ELDREDGE, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY COMPANY, INC.,<br><br>Defendant. | No. 2:18-cv-1093<br><br>NOTICE OF REMOVAL<br><br>(King County Superior Court, No. 18-2-15074-4 KNT) |

Defendant Best Buy Co., Inc. ("Best Buy"), incorrectly named as Best Buy Company, Inc., removes to the United States District Court for the Western District of Washington the above-captioned lawsuit, originally filed as Case No. 18-2-15074-4 KNT in the Superior Court of Washington in and for King County.[1]  Removal is proper on the following grounds:

1. Plaintiff Sharon Eldredge ("Plaintiff") filed this action on June 15, 2018, in King County Superior Court.  Best Buy is the only defendant named in the Class Action

---

[1] Best Buy expressly reserves all Federal Rule of Civil Procedure 12(h) objections, including without limitation any objections it may have as to improper service, jurisdiction, venue, or any other defenses or objections to this action. Best Buy further intends no admission of fact, law, or liability by this Notice, and it reserves all defenses, motions, and arguments. By way of setting forth the bases for removal from this Notice, Best Buy in no way concedes the truth of the allegations in the Complaint. Nor does Best Buy concede that the alleged claims are amenable to class treatment or that Plaintiff or any proposed class member is entitled to any recovery. On the contrary, Best Buy does and will dispute the claims in their entirety.

NOTICE OF REMOVAL
(USDC No. 2:18-cv-1093) — 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Complaint ("Complaint") filed by Plaintiff.

2. Best Buy was first served with a copy of the Complaint on June 26, 2018. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because Best Buy filed it within thirty days after being served with the Complaint.

3. In the Complaint, Plaintiff asserts claims against Best Buy on behalf of herself and all residents of the State of Washington who are similarly situated. This is a class action within the meaning of 28 U.S.C. §§ 1332(d) and 1453, and the number of persons in the proposed class exceeds 100.

4. The sum or value of the class damages sought by Plaintiff exceeds $5 million (Five Million Dollars US). *See* 28 U.S.C. § 1332(d)(6). Based on the allegations and class definition(s) proposed in the Complaint, the class proposed by Plaintiff includes thousands of members; Plaintiff, who claims to be typical of the class, alleges that when she purchased an iPhone from Best Buy, Best Buy enrolled her in an "AppleCare+ service plan" ("AppleCare+") without her knowledge or assent, Complaint ¶ 4.4; Plaintiff alleges it is Best Buy's practice to automatically enroll any consumer who purchases an iPhone in AppleCare+, *id.*, ¶ 4.3; Plaintiff alleges a class including all Washington residents whom Best Buy enrolled in AppleCare+ since June 15, 2014, *id.* ¶ 5.1; and Plaintiff, on behalf of herself and putative class members, seeks actual damages, and separately, treble damages under the Washington Consumer Protection Act. Based on revenue generated from sales of AppleCare+ since June 15, 2014 (the putative class period), expected revenue generated from similar sales during the pendency of this action (assuming at least one year),[2] Plaintiff's request for actual and treble damages, and anticipated attorney's fees (based on prior cases filed by the same

---

[2] The average length of time from filing to trial for civil matters in the Western District is 18.9 months. http://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distcomparison0331.2018.pdf, at 9.

NOTICE OF REMOVAL
(USDC No. 2:18-cv-1093) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

firm),[3] the amount in controversy exceeds $5 million, exclusive of interest and costs. *See* LCR 101(a).

  5. Best Buy is a corporation incorporated, organized and existing under the laws of the State of Minnesota with its principal place of business in Richfield, Minnesota.

  6. Plaintiff Sharon Eldredge alleges she is a resident of the State of Washington, and the putative class includes residents of Washington, Complaint ¶¶ 1.2, 5.1.

  7. The Court has original jurisdiction over this action under 28 U.S.C. § 1332(d)(2) because it is a class action with a class of more than 100 members; between a corporate defendant who is a citizen of Minnesota and one or more citizens of a state other than Minnesota; and the amount in controversy exceeds $5 million, exclusive of interest and costs.

  8. This action is properly removable under 28 U.S.C. §§ 1441, 1446 and 1453.

  9. The United States District Court for the Western District of Washington is the federal judicial district that encompasses King County Superior Court, where the suit was originally filed, 28 U.S.C. § 128(b), and Seattle is the proper division or location for the matter, LCR 3(e)(1).

  10. Attached separately as Exhibit A is a copy of the operative complaint as required by LCR 101(b)(1). Attached thereto as Exhibit B is the remainder of all records and proceedings in the state court.

---

[3] The Ninth Circuit Court of Appeals recently "clarif[ied] what it means to say that the amount in controversy is determined as of 'the time of removal.'" *Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413, 414 (9th Cir. 2018). The Court "conclude[d] that the amount in controversy is ***not*** limited to damages incurred prior to removal . . . . Rather, the amount in controversy is determined by the complaint operative at the time of removal and ***encompasses all relief a court may grant on that complaint if the plaintiff is victorious***." *Id.* at 414-15 (emphasis added); *see also Lucas v. Michael Kors (USA), Inc.*, CV-18-1608-MWF, 2018 WL 2146403, at *11 (C.D. Cal. May 9, 2018) ("[T]he broad holding [in *Chavez*] strongly suggests that the Ninth Circuit would find it appropriate to consider post-removal attorney's fees."). A review of the average attorney fee awards to Plaintiff's law firm in class actions filed in the Western District of Washington is approximately $770,000.

NOTICE OF REMOVAL
(USDC No. 2:18-cv-1093) — 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

11. Upon filing the Notice of Removal, Best Buy will furnish written notice to Plaintiff's counsel, and will file and serve a copy of this Notice with the Clerk of the King County Superior Court, pursuant to 28 U.S.C. § 1446(d).

Wherefore, Best Buy hereby removes this action from the Superior Court of Washington in and for King County.

DATED this 25th day of July. 2018.

        Davis Wright Tremaine LLP
        Attorneys for Best Buy Co., Inc.

By *s/ Fred Burnside*
   Fred Burnside, WSBA #32491

By *s/ Nathan Rouse*
   Nathan Rouse, WSBA #46433

1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-622-3150 │ Fax: 206-757-7700
E-mail: fredburnside@dwt.com
E-mail: nathanrouse@dwt.com

NOTICE OF REMOVAL
(USDC No. 2:18-cv-1093) — 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2018, I caused a copy of the foregoing Notice of Removal to be served upon the persons listed below in the manner indicated:

| | | |
|---|---|---|
| Toby J. Marshall, WSBA #32726 | ( ) | By U.S. Mail |
| Blythe H. Chandler, WSBA #43387 | ( ) | By E-Service |
| Terrell Marshall Law Group PLLC | ( ) | By Facsimile |
| 936 North 34th Street, Suite 300 | (X) | By Messenger |
| Seattle, WA 98103 | | |
| Email: tmarshall@terrellmarshall.com | | |
| bchandler@terrellmarshall.com | | |

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington this 25th day of July, 2018.

*s/ Lisa Bass*
Lisa Bass

NOTICE OF REMOVAL
(USDC No. 2:18-cv-1093) — 5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax